IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM WALLACE, | : |
| Plaintiff, | : |
| | : Civil Action |
| v. | : |
| | : No. 13-cv-3867 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, et. al., | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 19th day of December 2013, upon consideration of plaintiff's objection to removal and request for remand (doc. no. 16), defendants' responses (docs. no. 18, 20 and 22) and plaintiff's reply thereto (doc. no. 27), and upon consideration of defendants' motions to dismiss plaintiff's amended complaint (docs. no. 17, 19, 21 and 38) and plaintiff's response thereto (doc. no. 28), it is hereby **ORDERED** that:

1. Plaintiff's objection to removal and request for remand (doc. no. 16) is **DENIED**;

2. Defendants' motions to dismiss plaintiff's amended complaint (docs. no. 17, 19, 21 and 38) are **GRANTED**;

3. Defendant's motions to dismiss plaintiff's complaint (docs. no. 9, 10 and 13) are **DENIED** as moot;

4.	Plaintiff's motion for leave to file a reply brief in support of his motion for remand and extension of time to respond to defendants' motion to dismiss (doc. no. 24) is **GRANTED**;

5.	Defendant's motion for leave to file surreply brief in opposition to plaintiff's motion for remand (doc. no. 29) is **GRANTED**.  Plaintiff's surreply brief (doc. no. 29-1) shall be deemed **FILED**;

6.	Plaintiff's amended complaint is **DISMISSED WITH PREJUDICE**; and

7.	The clerk is directed to mark this case **CLOSED.**

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.